IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DANIEL COX                                                                                        PLAINTIFF

vs.                                                                                       No. 1:06CV97-D-D

FOUNDATION SURGERY CENTER OF
SAN ANTONIO, L.L.P. d/b/a PHYSICIAN'S
AMBULATORY SURGERY CENTER; et al.                                       DEFENDANTS

ORDER DENYING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1)     the Defendants' motion to dismiss (docket entries 9, 23) is DENIED.

SO ORDERED, this the 8th day of November 2006.


                                                                /s/ Glen H. Davidson
                                                                Chief Judge